AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

GRADY RASHAD HILL,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 6:08-cr-00019
6:26-cv-00009

UNITED STATES OF AMERICA,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order signed June 23, 2026, the Magistrate Judge's Report and Recommendation is adopted.  The Court grants Petitioner's § 2255 Motion as to the out-of-time appeal, and dismisses without prejudice the other claim raised in the  § 2255 Motion.  Therefore, the Court vacates Petitioner's judgment in the underlying supervised release revocation proceedings entered on June 2, 2025.  Simultaneously with the entry of this Order, the Court is entering a new Judgment that reimposes the same sentence, identical in all respects to the original Judgment, save only for the date of entry. This case stands closed.



6/23/2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020